IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          No. 4:03CR00180-02 GH
                            [No. 4:06CV00409 GH]

RICHARD DURNAL                                                        DEFENDANT

## ORDER

The government is directed to file a response to the April 4th motion to vacate, set aside, or correct sentence under 28 U.S.C. §2255 within 30 days of the file-date of this order.

IT IS SO ORDERED this 12th day of April, 2006.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE