IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              No. 4:03CR00180-02 GH
                                [No. 4:06CV00409 GH]

RICHARD DURNAL                                                              DEFENDANT

## JUDGMENT

In accordance with the separate order filed this date, defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is denied.

DATED this 12th day of January, 2007.

                                        _____
                                        UNITED STATES DISTRICT JUDGE